IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI AND ELENA PORTNOY,

    Plaintiffs,                    No. CIV S-05-649 DFL KJM PS

    vs.

UNITED STATES, et al.,

    Defendants.                 <u>ORDER</u>

                                /

        A status conference was held in this matter on October 19, 2006 before the undersigned. Plaintiffs appeared in propria persona.[1] Carolyn Delaney appeared for defendants. Upon consideration of the status reports on file in this action, discussion of plaintiffs and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. David Still, District Director, Bureau of Citizenship and Immigration Services is substituted in as party defendant in place of Charles Demore, District Director, INS.

/////

---

[1] Also present was plaintiffs' infant child, who is not a party to this action. The court recognizes the difficulties which can be encountered in securing child care but strongly encourages that at future hearings in this matter, plaintiffs seek the help of friends or relatives to take care of the child during the proceedings, even if only to have the child attended to briefly outside the courtroom in the corridor.

1

2. Within thirty days from the date of this order, plaintiffs shall complete service of summons in compliance with Federal Rule of Civil Procedure 4(i)(1)(A) and shall file a proof of service reflecting said service.

3. Jurisdiction is proper under 8 U.S.C. § 1421(c) over plaintiffs' sixth claim for relief challenging the denial of an application for naturalization.

4. It appears to the court that plaintiffs' remaining claims for relief are not properly before this court. The parties are directed to meet and confer within sixty days regarding a voluntary dismissal of said claims.

5. Defendants shall file a certified administrative transcript no later than sixty days from the date of this order. Any proposed augmentation to the administrative transcript shall be filed within twenty days thereafter. Any objections to proposed augmentation shall be filed within ten days thereafter.

6. Discovery is stayed pending further order of the court.

7. Dispositive motions shall be filed no later than February 1, 2006.

8. A trial date shall not be set at this time but will be set as necessary pending the resolution of a motion for summary judgment, if any.

DATED: October 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
portnoy.oas