IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY, et al.,

      Plaintiffs,                    CIV S-05-0649 DFL KJM PS

    vs.

UNITED STATES, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Pending before the court is defendant's motion to dismiss and/or for summary judgment. The court has determined that a settlement conference would promote the interests of justice, equity and judicial economy. Two specialists in immigration and nationality law have agreed to convene and facilitate the settlement conference.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Ann Kanter and Mary Waltermire are hereby appointed as neutrals to convene a settlement conference in this action, within forty five days from the date of this order. Courtroom no. 26 and the jury room shall be made available for the settlement conference upon the request of the convenors. Arrangements can be made and contact information for the parties to this action obtained from Connie Farnsworth, Courtroom Deputy, 916-930-4187.

        2. The Clerk of Court is directed to serve a copy of this order on Ann Kanter and

1

1 Mary Waltermire.

2          3. Ms. Kanter and Ms. Waltermire shall advise the court within sixty days of the
3 date of this order as to whether the action has settled.

4          4. Pending completion of the settlement conference, defendant's motion is
5 submitted.

6 DATED: March 16, 2006.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

006 portnoy.set