IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY, et al.,

    Plaintiffs,        CIV S-05-0649 DFL KJM PS

   vs.

UNITED STATES, et al.,

    Defendants.       <u>ORDER</u>

_____/

     A settlement conference was held April 19, 2006 with Ann Kanter and Mary Waltermire presiding as neutrals. The case has not settled at this time. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Defendant shall file a status report no later than forty-five days from the date of this order advising the court of further development, if any, with respect to settlement.

     2. Pending the filing of the status report, defendant's motion remains submitted.

DATED: April 20, 2006.

                           _____
                           UNITED STATES MAGISTRATE JUDGE

006 portnoy.setstarep

1