IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY, et al.,

    Plaintiffs,           No. CIV S-05-0649 DFL KJM PS

  vs.

UNITED STATES, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiffs, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 10, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed August 10, 2006, are adopted in full;

2. Defendants' motion to dismiss is granted on plaintiffs' claim contesting the removal order; and

3. Defendants' motion for summary judgment is granted on the remaining claims.

DATED: 9/25/2006

_____
DAVID F. LEVI
United States District Judge